UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CONWAY CHRISTIAN

DIONNE CHRISTIAN

    Plaintiffs,

V.                                                        CIVIL ACTION NO
                                                        8:11-cv-01854-RWT

AMERICAN COLLECTIONS ENTERPRISE, INC.

Defendant.                                          OCTOBER 18, 2011

<u>NOTICE OF DISSMISSAL</u>

The plaintiffs through their attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                                                 THE PLAINTIFF

"APPROVED" THIS 20 DAY
of October, 2011

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

                                                                 BY/S/Bernard T. Kennedy
                                                                 Bernard T. Kennedy, Esquire
                                                                 The Kennedy Law Firm
                                                                 P.O. Box 657
                                                                 Edgewater, MD 21037
                                                                 Ph   (443) 607-8901
                                                                 Fax (443) 607-8903
                                                                 Fed. Bar # Md26843
                                                                <u>bernardtkennedy@yahoo.com</u>

## CERTIFICATION

I hereby certify that on 10/18/11 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy